UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE BILLINGSLEY,
o/b/o J.B., a minor,

       Plaintiff,

vs.

       Case No. 13-CV-10870
       HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #16) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (DOC. #11) AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. #12)

Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On January 30, 2014, Magistrate Judge Charles Binder issued his report, recommending that the court deny the plaintiff's motion for summary judgment, grant the defendant's motion for summary judgment, and affirm the findings of the Commissioner.

The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal. See Thomas v. Arn, 474 U.S. 140, 155 (1985). No such objections were filed by either party.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation. Finding that report and recommendation

to be well-reasoned, the court hereby adopts the result recommended therein. Accordingly, plaintiff's motion for summary judgment is hereby **DENIED**. Defendant's motion for summary judgment is **GRANTED**. Judgment will enter for the defendant.

    **IT IS SO ORDERED**.

Dated:  March 3, 2014

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 3, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk